**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Albert SMITH, III, Defendant–Appellant.**

**No. 03–41332.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 23, 2004.

Michelle S Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Albert Smith, III, # 10498–078, Federal Correctional Institution, Beaumont, TX, for Defendant–Appellant.

Before KING, Chief Judge, and SMITH and BENAVIDES, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Albert Smith, III, has requested leave to with-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

draw from this appeal and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Smith has filed a response and a supplemental response.

Our independent review of counsel's brief, Smith's response and supplemental response, and the record discloses no non-frivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED.

James B. Mullaly, City Attorney's Office for the City of New Orleans, New Orleans, LA, for Defendants–Appellants.

Before REAVLEY, BARKSDALE and EMILIO M. GARZA, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.